UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14214-CIV-MARRA

JOE NATHANIEL,

Plaintiff,

vs.

THE SCHOOL BOARD OF INDIAN RIVER
COUNTY, FLORIDA,

Defendant.
_____/

### ORDER

This cause is before the Court upon *sua sponte*.

On August 20, 2021, the Court ordered Plaintiff to perfect service of the summons and complaint within 90 days or show good cause to why service has not been perfected. The Court informed Plaintiff that failure to comply may result in dismissal of the action.

Plaintiff showed good cause and asked for an extension until September 1, 2021 (DE 5), which the Court granted (DE 6). To date, Plaintiff has not perfected service and has not showed any good cause.[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the case and all pending motions are denied as

---

[1] The Court granted Plaintiff's motion for leave to file an amended complaint on August 31, 2021. To date, Plaintiff has not filed an amended complaint. Filing an amended complaint would not restart the clock for service of a defendant named in a prior complaint under Rule 4(m). Durgin v. Mon, 659 F. Supp. 2d 1240, 1258 (S.D. Fla. 2009).

moot.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of October, 2021.

KENNETH A. MARRA
United States District Judge